UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALERIE MORRELL **Plaintiff,** | ) ) ) ) ) ) | CIVIL ACTION |
| **v.** | ) ) | |
| HOUSTON FUNDING II, LIMITED PARTNERSHIP **Defendant** | ) ) ) | FEBRUARY 9, 2011 |

## COMPLAINT

1.  This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* and includes a pendent claim brought under State law for violation of the Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. §§ 36a-645 *et seq.*

2.  Plaintiff, Valerie Morrell, is a natural person residing in Guilford, Connecticut and is a consumer as defined by the FDCPA 15 U.S.C. §1692a(3).

3.  The defendant, Houston Funding II, Limited Partnership ("Houston"), is a Foreign Limited Partnership located in Texas that purchases and collects consumer debts and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

4.  Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, 1367, and 1337.

5.  This Court has jurisdiction over Houston because it engages in debt collection within Connecticut.

6.  Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7.  Houston Funding claimed that Plaintiff owed a consumer debt hat was purchased by Houston.

8.  On or around January 13, 2011, Houston called Plaintiff's home in an attempt to collect the account and left a message that failed to state that the communication was from a debt collector and failed to state that Houston was attempting to collect a debt.

9.  Houston has violated the FDCPA and the CCPA.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; actual damages, statutory damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 36a-648; and such other relief as this Court deems appropriate.

PLAINTIFF, VALERIE MORRELL

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax (860) 571-7457